UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| O.S., a minor, by his next friend ANITRA BEASLEY, and ANITRA BEASLEY individually, | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) No. 4:03CV1434 CDP ) |
| UNITED STATES OF AMERICA, | ) ) |
| Defendant. | ) |

# JUDGMENT

In accordance with the Memorandum Opinion entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the plaintiffs take nothing, that judgment is entered in favor of defendant on plaintiffs' complaint, and that the action be dismissed on the merits.

Neither party shall recover the cost of this action from the other.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 27th day of September, 2005.